IN THE UNITED STATES DISTRICT
DISTRICT OF MONTANA

FILED
MAR 01 2024
Clerk, U.S. Courts
District Of Montana
Billings Division

CR-02-133-BLG

Emergency Motion.

Comes now, Jackson Baugus. In compliance with the Clerk of Court's direction. As well as speaking to the Ausa, over the financial litigation unit. that informed me that the fine could be held secondary to the VA loan to get a assistant living home with a in home care provider. that is vital to my every day health care.

I was told to file a Emergency letter/motion to this honorable Court in hopes of this courts intervention in making my fine secondary to the VA loan. that will not be approved if the fine is first lean. A Va loan was approved with closing on the 7th It has now been put on hold.

I turn 80 next month. I am diabetic, a two time prostate cancer survivor. I currently take 20 different pills, that is administered by my health care provider.

My fine payment is taken every month from SSI check. Which is taken even before my check is deposited.

I currently live in a apartment that is not designed for my medical needs. I currently use a cane or a

Walker to move around. By granting this request and making my fine secondary to the VA loan. Which will allow me to get into a home that is suitable to my medical needs which also allows permanent in home care that will over see my daily needs as being meet, for a better quality life.

3/1/24
Dated / 3-1-24

JB Baugus
JACKSON BAUGUS

Jackson Baugus
3409 1st ave No. apt 6
Billings, Montana 59101

Emergency Motion.