IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON BAUGUS<br><br>Defendant. | CR 02-133-BLG-SPW<br><br>ORDER |

Before the Court is Jackson Baugus's pro se Emergency Motion. (Doc. 404). Baugus moves the Court to intervene and "mak[e his] fine secondary" to a VA loan for the purchase of a house. (*Id.* at 1).

Baugus alleges that he filed the instant motion on the advice of an "AUSA over the financial litigation unit." Accordingly, the Court orders the Government to respond to this motion within seven (7) days of the date of this Order.

DATED this 4th day of March, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1